UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ABDUL H. JABARIN,          :     Chapter 7
                                  :
        Debtor.                   :     Bky. No. 07-10268 ELF
                                  :
                                  :

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Dismiss Chapter 7 Bankruptcy Case ("the Motion") (Docket Entry No. 63), the objections filed thereto, the memoranda of law filed in support of and in opposition to the Motion, and after oral argument and an evidentiary hearing on the Motion, and for the reasons sets forth in the accompanying Opinion, it is hereby **ORDERED** that the Motion is **DENIED.**

Date:   October 15, 2008

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

**Counsel**
Paul H. Young
Counsel for the Debtor

Michael H. Kaliner
Counsel for Arthur P. Liebersohn, Chapter 7 Trustee

Frederic J. Baker
Counsel for Acting U.S. Trustee